# IN THE UNITED STATES DISTRICT OF TEXAS
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. 9:20-CR-33 |
| ROBERT LANCE KUPERMAN | § | |

## ORDER

Upon consideration, the Defendants Motion for Production of Exculpatory Evidence Pursuant to Brady V. Maryland is   GRANTED   or   DENIED.

SIGNED at Lufkin, Texas on this_____day of_____, 2021.

_____
HONORABLE JUDGE PRESIDING