IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NO. 9:20-CR-33 |
| | § | |
| ROBERT LANCE KUPERMAN ET AL. | § | JUDGE MICHAEL TRUNCALE |
| | § | |

## ORDER ON DEFENDANTS' MOTIONS IN LIMINE

The Court rules on Defendants' motions in limine as follows:

Defendant Anthony Robert Matranga's Unopposed Motion in Limine (Doc. #74) is **GRANTED**.

Defendant David Lee Merryman's Unopposed Motion in Limine (Doc. #81) is **GRANTED**.

Defendant Robert Lance Kuperman's Motions in Limine (Doc. #90) are **GRANTED**.

Defendant Robert Lance Kuperman's Supplemental Motions in Limine (Doc. #91) are **GRANTED IN PART AND DENIED IN PART**. More specifically, motion in limine I(A) is **GRANTED**. Motions in limine I(B), I(C), and I(D) are **DENIED**.

**SIGNED this 12th day of March, 2021.**

_____
Michael J. Truncale
United States District Judge

1