IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | CASE NO. 9:20-CR-33 |
| ROBERT LANCE KUPERMAN (1) | § | JUDGE MICHAEL TRUNCALE |
| DAVID LEE MERRYMAN (2) | § | |
| ANTHONY ROBERT MATRANGA (3) | § | |

## **ORDER DENYING MOTIONS AS MOOT**

Pending before the Court are the Government's Opposed Motion in Limine (Doc. #103) and Defendant Anthony Matranga's Opposed Motion to Adopt Co-Defendant Kuperman's Responses to Government's Motion in Limine (Doc. #118).

After these motions were filed, Defendants Merryman and Matranga were dismissed (Doc. #114, Doc. #122) and Defendant Kuperman reached a plea agreement with the Government (Doc. #125), eliminating the need for trial in this case.

It is therefore ORDERED that the Government's Opposed Motion in Limine (Doc. #103) and Defendant Anthony Matranga's Opposed Motion to Adopt Co-Defendant Kuperman's Responses to Government's Motion in Limine (Doc. #118) are both DENIED AS MOOT.

**SIGNED this 29th day of March, 2021.**

Michael J. Truncale
United States District Judge